UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLYDE HARPER | CIVIL ACTION |
| VERSUS | NO. 10-1976 |
| AMERI-FORCE, INC. | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

### ORDER OF DISMISSAL

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned cause, including all claims and demands made therein, be and it is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

1